IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DOUGLAS LINCOLN, JR.,<br>TDCJ No. 2444267,<br><br>　　　　Plaintiff,<br><br>V.<br><br>THE STATE OF TEXAS, ET AL.,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:22-cv-1955-L-BN |

## <u>ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT</u>

Plaintiff Douglas Lincoln, Jr., then an inmate at the Ellis County jail, filed a *pro se* complaint raising civil rights claims based on his transport. *See* Dkt. No. 6.

Lincoln's lawsuit is now referred to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b) and a standing order of reference from United States District Judge Sam A. Lindsay.

Lincoln recently moved for leave to amend his complaint. *See* Dkt. No. 16. After reviewing the motion, the Court finds that it should be GRANTED under Federal Rule of Civil Procedure 15(a). The Clerk of Court is therefore DIRECTED to docket Dkt. No. 16-1 as the Second Amended Complaint.

SO ORDERED.

DATED: June 17, 2024

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE